ORDER SIGNED BY HONORABLE FRANK D. WHITNEY, SENIOR UNITED STATES DISTRICT JUDGE

FILED
CHARLOTTE, NC

OCT 27 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Francedia Emise McManus
Pro se
Plaintiff

v.

Gary L. McFadden, officially as
Sheriff of Mecklenburg County
John Doe Security, for sheriff of
Mecklenburg County
Ryan Boyce, officially, as the
Executive Director of the North
Carolina Administrative Office
of the Courts
Brad Fowler, officially, as the
eCourts Executive Sponsor and
Chief Business Officer of the
North Carolina Administrator
Office of the Courts
Elisha Chinn-, individually and
officially, as Mecklenburg
County Clerk of Superior Court
Tyler Technologies

3:24-cv-1051-FDW

Jury Trial Demanded
42 U.S.C § 1983
Civil Rights and Monell

Respond to Order

As to order, Plaintiff pro se Francedia Emise McManus feels the struggle of walking an uphill battle as to the federal rules of civil court procedure. This complaint to redress, constitutional violations of the Flawed eCourts, see exhibit. Plaintiff pro se contends to answer the order of Honorable Judge Frank D. Whitney senior United States District Judge.

1. Background and background connections with all due respect to the Honorable Courts. Plaintiff pro se appeared in Mecklenburg County Courthouse December 5, 2024 23 CV 037618-590, postponed to December 21, 2023 arrested in court, handcuffed, escorted from the court, to jail and all between. The Honorable Court, states; later eventually being released. Plaintiff was released on a $500 dollar bond. As to date, no legal documented release from this unlawful arrest has been mailed or hand-delivered to Plaintiff as to the new final order of dismissal and expunction, dated 4/19/2023, petitioner was arrested in court, and this no new information as to a file mishap, bail money, the case has faded into the sunset, no record. Plaintiff still under duress of being illegally locked up again and again, the Attorney General's office has attacked this arrest, then retreated, resting the argument. This case can only be resolved through a jury of peers, arbitration seems to be off the table.

Court clerk to issue a default as to Sheriff Gary L. McFadden as to rule 55 (a), the attorney general office has not responded to any argued facts against the sheriff and sheriff's office. The attorney general's office has argued that no one is responsible for the illegal arrest in court that December 12, 2023, to add insult to injury the same attorney's office of Charltes Anderson, Jr. was again assigned the same case from April 1, 2022, this case 20CR229030 assigned to attorney Charles Anderson, who never knew he was appointed to represent plaintiff, again in December 12, 2023 illegal arrest. The record is clear that William Brown is not an attorney, the record is clear that all summons and complaints were delivered by government stamped certified mail to all defendants and the Attorney General's office. Litigants can be assisted by unlicensed laymen during judicial proceedings, also the Department of Justice author, Vidar

Halvoren, date published: 2024 annotation. This article examines and attempts to interpret a 1796 doctrine that says, "The law holds that it is better that 10 guilty persons escape, than that 1 innocent suffer." The Honorable Court has exhibits of the eCourts budget to achieve fair and just outcomes for clients. 2. Defendant Sheriff Gary L. McFadden et al, has abandoned all professional responsibilities has professional Sheriff, by the books, spending time with super rap moguls, new pod case in the jail, and a new music room, all tax payers' money, too busy to answer a summons from the Honorable Federal Clerk of Court, then caught in a lie; that he never received a notice, after opening the certified mail package, then sign a legal document stating; attorney Sean Perrin, partner Wamble Bond Dickerson, stating to his attorney, he never received any notice, Plaintiff has the mail that Honorable Sheriff Gary L. McFadden returned to sender in the meantime, mistake after mistake, the attorney or Attorney General office, can clean up this mishap of this jail system, felons, mentals walk in and out of Gary L. McFadden's domain, to make world news. Sheriff Gary L. McFadden doesn't have time to deal with a Federal Summons or complaint, Plaintiff could write a book on Sheriff Gary L. McFadden, complaint, Plaintiff could write a book on Sheriff Gary L. McFadden; however, the Honorable Court has given Petitioner notice to not go too far off course. Plaintiff again ask for a default under rule 55(a).

Each defendant is tied into a conspiracy through Tyler Technology, this behemoth conglomerate has come with a so-called good rating and a not so good rating, human beings have suffered in this multi billion dollar mishap. Also Sheriff Gary L. McFadden is through the Honorable Court to reveal "John Doe."

3. Ryan Boyce

Officially as the Executive Director the of the North Carolina Administrative Office of the Country Mission to protect and preserve the rights and Liberties of all people, as guaranteed by the constitution and laws of the United States and North Carolina, by providing a fair independent, and accessible forum for the just, timely, and economical resolution of their legal affairs, administrative office of the courts assists and equips the General Court of Justice in fulfilling its constitutional mandate to timely dispense equal justice under the law.

Goals:
1. Strengthen fairness in the court system.
2. Improve meaningful access to the court system
3. Promote efficient case management that saves time and supports good stewardship of taxpayer dollars.
4. The agency employs approximately 450 NC AOL staff positions to support the news of 555 independently elected court officials and over 7,000 court personnel.

Provided centralized operations and support for field, including Human Resources, Financial Services, needs statewide, procuring and distributing equipment and supplies, prescribing uniform practices for clerks, and making recommendations for the overall improvement of the judicial branch. 5-year history expenditures FY 2019-20 $590 million, FY 2020-21 $650 million, FY 2021-22 $700 million, FY 2022-23 $725 million, FY 2023-24 $790 million. Judicial AOL General Fund (12,000) year 2025-26 base budget $793,702, 159 year 2 base budget 2026-27 $793,702,159 compensation increase reserve by 2% state employee bonus $2,000, labor market retention and adjustment

reserve to 2% a 2024 evaluation found that among state agencies, 90% of previous LMAR recipients are still employed with their awarding agency compared to 76% of non-recipients. Retirement and retiree Health contributions increase funding for states. General fund contribution for members of its retirement systems to reflect. Required rate changes for employee benefits programs, including the retirement systems remain higher than the rates systems actuaries recommend. Retiree cost-of-living adjustment providers a onetime retiree supplement of 2% for over 250,000 retired members of the State's retirement systems and survivors of deceased members. State and health plan provides funding for a 5% increase in employer premiums for enrolled active employees supported by the General Fund in each year of 2025 - 27 fiscal biennium. Support of court programs Guardian and Citem contract rate increase by $15 per hour, body cameras. N.C. Conference of District attorney personnel, local courthouse resources, court interpreter contract rate. Total change to requirements, total change to receipts, total change to not appropriations, total change to Full Time Equivalent (FTE). Recommended Net Appropriation changes recurring and non-recurring, Total Change Full-time Equivalent in a subtotal budget that exceeds over one billion per year, it appears that crime and punishment has progressed to a very, very profitable conspiracy, and the people who fall into this systems area no longer human beings, but gold Nuggets for the greedy.

4. Brad Fowler officially as the e-Courts sponsor and chief Business officer of North Carolina Administrator Office of the Courts, 55 years. This is complained court system experience for Anthony Whitmore, Chief Technology officer. Brad Fowler, Chief Business officer, both are with the North Carolina Administrative office of the courts (NC

AOC). Their tenure and expertise have contributed to their <u>common mindset on justice</u>: <u>improving operations</u> is not about technology by itself but about creating a connected environment that honors access to justice. "A dusty shelf somewhere in the courthouse is not where justice happens. <u>Unified</u>, transparent technology enables us to accomplish access to justice. It's a bold vision, but a necessary one." Fowler proclaimed.

It was this mindset that earned North Carolina Administration of the Courts a 2024 Tyler Excellence Award for Operational Efficiency. An end-to-Case Management System. North Carolina embraced a statewide, interconnected case management system for <u>court staff, attorneys</u>, and the <u>public</u>. Let our experience lead to your success. Courts and justice agencies in <u>seven</u> counties and 28 U.S. States, serving more than 100 million citizens, use <u>Tyler</u> products. We have a proven history of rapid implementation and a client base with a track record of successful innovation to expand access to justice, empower legal professionals with helpful tools, and facilitate collaboration with access justice partners. Powerful web-based software connecting Justice's People Enterprises Justice's Court Solutions anchored by Enterprise Case Manager, the leader in court software serving more than 24 states, including 14 statewide implementations in the United States offering <u>robust</u> solutions for the Judges, clerks, and attorneys, as well as the public. Enterprise connects with our <u>justice partners</u> in law <u>enforcement</u>, <u>corrections</u>, and supervision for <u>end-to-end criminal justice solutions</u> from dispatch through disposition. Enterprise case manager, at the heart of the enterprise Justice Software Suite, Enterprise Software Suite, Enterprise Case Manager is highly configurable case management solutions to meet the news of small ~~countries~~ countys [handwritten correction: countys] and large states alike. Attorney Case Manager, Track, organize, and manage your case load with

efficiency and share information with justice partners with enterprise Attorney Manager for prosecutors and public defenders. Court room management automates court room tasks and organizes the high volume of information received from multiple sources. Clerk Edition enables clerks to rapidly access and enter critical data with the greatest efficiency. Electronic courtroom get immediate, secure access to critical information from the bench with Judge Edition and integrate seamlessly with Enterprise Case Manager and Clerk Edition. Electronic filing with more than 850,000 users filing more than 28 million documents annually, eFile and serve transforms cumbersome processes into electronic filing that saves time, increases convenience and reduces cost-all with a 99.99% uptime. 5. Elisha Chin-Gary Clerk of Courts and duties, the Mecklenburg County Clerk of Courts is a vital administrative office in the judicial system of North Carolina. The Office of the County Clerks maintains the records and processes according to the orders of the court. The appointment of a court clerk in each county is part of its original judicial system with a seven-year term. However, the office becomes elective with the elected officer given four years in office. It is the official duty and responsibility of the court clerk to be record keeper and correspondence between the public and the court. The Mecklenburg County Clerk of Court keeps the records for the Courts of Appeals and Common Pleas.

As a mandated office, they are responsible for the maintenance of the records for civil actions and criminal felonies. The Mecklenburg county Clerk of Court directory assistance facilitates finding the local court office. The Clerk of Court name and other vital contact information. The local Clerk of Court processes and access public records for all court-related ces. The court clerk is available to provide court-related assistance

to the public according to their jurisdiction. The primary duty of the Clerk of Court is to receive, docket, index, certify, and preserve court records, pleadings, and other filed legal documents with the court. We are told to contact the elected court clerk and administrative staff in an area for public inspection of records during normal business hours. The E-Court system takes us away from the Andy Griffin arrest and jail system, all human rights are cast out the windows, and the amendments to the constitution of the United States of America are abandoned. The Oath you take is also out the window, you do due process your way, you create rules that defy common reasoning. Plain simple defendant Sheriff Gary L. McFadden lied, turned his hypocrisy back to the oath he was sworn in to protect. "I do solemnly swear" and individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath, "[department of justice, do solemnly swear (or affirm) that I will support and defend the constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.]" This oath has three important aspects. First, the employee swears to support and defend the CONSTITUTION against enemies. Second, s/h swears allegiance to the Constitution. Finally, the employee promises to do his/her job well. Federal workers often hear a career supervisor or political appointee talking about loyalty to the agency or the boss. One purpose of the OATH of Office is to remind the federal workers that they do not swear allegiance to a supervisor, and agency, a political appointee, or even the President. The Oath is to support and defend the U.S.

Constitution and faithfully execute your duties. The interest is to protect the public from a government that might fall victim to political whims and provide a North Start–the Constituttion–as a source of direction. Other laws have been enacted that support that view. For example, in 1939 Congress passed and President Franklin D. Roosevelt signed the <u>Hatch Act</u>. It's all this, but the actual name of the law is "An act to prevent political activities, federal workers should do their jobs, obey the law, and carry out their support and defend the Constitution. This is what most of the American people expect and deserve from their public servants. The Executive Director of the North Carolina Administrative Office of the Country Mission to protect and preserve the rights and liberties of all people, his famous quote; <u>Crime and</u> punishment has progressed to a very, very profitable conspiracy and the <u>people</u> who fall into this system are no longer human beings, but gold nuggets for the <u>greedy</u>. Plaintiff has motioned for default against Sheriff Gary L. McFadden under rule 55(a) a few times to no avail, Sheriff McFadden uses a concealed insurance company under the John Doe rule, Sheriff Gary McFadden received summons and complaint through certified legal mail, opened mail, sealed stamped government mail, viewed contents, returned document legal mail back to Plaintiff, stating he, Sheriff Gary McFadden could only receive legal mail from U.S. Marshal, then signed, then his attorney wrote Plaintiff stating Gary L. McFadden never received the complaint, sent the attorney another copy, never addressing the Honorable Clerk or Honorable Judge, why because he knew he was incorrect, the attempt to place Plaintiff on the "hot" seat failed. The flaws in the e-court system are getting worse, day by day, people getting locked up illegally, people getting out of jail illegally, all help for the jailed mentally ill is abandoned. This system puts them back in society. The world

wide case, Iryna Zarustcha, the mother Michelle Dewitt, begged for assistance for her mentally ill son; De-Carlos Brown, this new system failed the people, the concern is the gold nuggets.

FACTS OF CASE:

I. Plaintiff illegally arrested, 12/12/2023, posted bond, you have to be locked up to understand this pain. You can't explain to a person what trauma, the human being withstands physically and mentally, two days of prison, the day you go in, the day you get out, it's trauma, mental and physical. The e-court system is not the answer. It's taking over justice, Sheriff Gary L. McFadden, Elisa Chin-Gary, Ryan Boyce, Brad Fowler, Tyler technologies e-court system is flawed to constitutional violations, pain and suffering, many complaints, by my complaint is my suffering. Thinking I may be locked up illegally again, because at the end of the day, the petitioner has yet to be legally pardoned. The dismissal and expunction is insufficient. It didn't keep me out of jail.

CONCLUSION

The plaintiff's complaint is based on the simple fact of unlawful arrest, and the statute of laws that compound these unconstitutional actions, the neglect of the judicial system. Honorable Sheriff Gary L. McFadden has lied, flat out and disrespected the honorable court. Plaintiff attaches exhibits.

Plaintiff is layman at pro se law procedures and pray the Honorable see court look through errors and seek out plaintiff's truth, put so plain, so simple. We ask the Honorable court for a default judgement, on Sheriff Gary L. McFadden, Elisa Chin-Gary, Ryan Boyce, Brad Fowler representing Tyler Technologies. Under penalty of ~~jury~~ Perjury all defendants and honorable court receives a copy of this humble answer to the Honorable Judge Frank D. Whitley and as follows.

This October 22, 2025

Francedia Ernise McManus

Francedia Ernise McManus

CERTIFICATE OF SERVICE

The undersigned certifies that on this day a copy of the answer to the Order of Honorable Judge Frank D. Whitney senior United States District Judge and all concerned.

## Address

Honorable David C. Keeler
United States District Court
Office of the Clerk
Room 2101
Charles Jonas Building
401 West Trade Street
Charlotte, NC 28202

Honorable Senior Judge Frank D. Whitney
Office of the Clerk
United States District Court
401 West Trade STreet
Charlotte, NC 28202

Katherine Hord Simon
United States Clerk of Court
Room 210
Charles Jonas Building
401 West Trade Street
Charlotte, NC 28202

Elisa Chin-Gary et al
101 North Tryon Street, Suite 1900
Charlotte, NC 28246

Ryan Boyce
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602

Ryan Boyce
901 Corporate Center Drive
Raleigh, NC 27601-5045

Jeff Jackson
Attorney General
P.O. Box 629
Raleigh, N.C. 27602-662

Elizabeth Curror O'Brien
N.C. State Barr No. 28885
Special Deputy Attorney General
P.O. Box 629
Raleigh, NC 27602-6629

Angelia Smith
United States Clerk of Court
Room 210
Charles Jonas Building
401 West Trade Street
Charlotte, NC 28202

Brad Fowler
P.O. Box 1841
Raleigh, NC 27602

Brad Fowler
℅ Elizabeth Curran O-Brien
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602

On this ___22 nd___ day of ___October___ month, 2025.

Copy of complaint to Honorable Court, Honorable Clerk of Court and all named Defendants.

Notary                                    Sign: ___[signature]___

___Gregvonda C Blocker___
___Mecklenburg County, NC___
___June 24, 2026___

[Notary Seal: GREGVONDA C BLOCKER, NOTARY PUBLIC, MECKLENBURG COUNTY, NC, My Commission Expires June 24, 2026]